UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AKRAM CHAYA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; MOSSY NISSAN INC.'S LONG-TERM DISABILITY PLAN; and DOES 1 to 10, Inclusive,<br><br>　　　　Defendants. | Case No. 2:18-cv-06923 AB (MAAx)<br><br>**(PROPOSED) ORDER DISMISSING ACTION WITH PREJUDICE** |

Having considered the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed as to all parties, in its entirety, with prejudice, and each party is to bear their own attorneys' fees and costs.

DATED: January 09, 2019　　　　_____
　　　　　　　　　　　　　　　　Hon. André Birotte Jr.
　　　　　　　　　　　　　　　　United States District Judge

- 1 -